**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LONNIE D. HAGGERTY, | : | No. 76 WM 2015 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF INDIANA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition, the Application for an Immediate Hearing, and the Petition to Strike a Void Judgment are **DENIED**.